Christopher M. Mason (#019891)
cmason@jsslaw.com
Lindsay G. Leavitt (#029110)
lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, PLC
One East Washington Street, Suite 1900
Phoenix, AZ 85004
Phone: (602) 262-5911

Michael L. Schwartz - 028365
schwartz@schwartzlawfirmaz.com
**MICHAEL L. SCHWARTZ, PLLC**
7702 East Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258
Phone: (480) 902-3055 │ Fax: (480) 471-8147

*Attorneys for Plaintiffs/Counerdefendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fiesta Pediatric Therapy, Inc., an Arizona corporation; Beth Williamson, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Joanne Zuniga, an individual,<br><br>Defendant. | Case No. _____<br><br>**PLAINTIFFS / COUNTERDEFENDANTS' NOTICE OF REMOVAL** |
| Joanne Zuniga, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>Fiesta Pediatric Therapy, Inc., an Arizona corporation; Beth Williamson, an individual, and Randy Williamson, her husband,<br><br>Counterdefendants. | |

Pursuant to Local Rule of Civil Procedure ("Local Rule") 3.6 and 28 U.S.C. §§ 1331, 1441 and 1446, Plaintiffs/Counterdefendants Fiesta Pediatric Therapy, Inc. ("FPT"), Beth Williamson and Randy Williamson (collectively, "Plaintiffs/Counterdefendants") hereby remove Case No. CV2016-013523 from the Maricopa County Superior Court of the

1

5520625v1(65361.3)

State of Arizona, to the United States District Court for the District of Arizona, and as grounds for its removal states and alleges as follows:

## STATEMENT OF THE CASE

1. On September 26, 2016, Plaintiffs Fiesta Pediatric Therapy, Inc. ("FPT"), and Beth Williamson (collectively, "Plaintiffs") filed a Complaint in the Maricopa County Superior Court of the State of Arizona, captioned *FPT vs. Zuniga. et al.*, Case No. CV2016-013523 ("State Court Action"). A copy of the Complaint is attached as **Exhibit 1**.

2. On September 27, 2016, counsel for Defendants, received service of process on behalf of Joanne Zuniga. A true and correct copy of the Declaration of Delivery by Private Process Server is attached as **Exhibit 2**.

3. True and correct copies of the remaining documents filed in the State Court Action—including the Coversheet, a Certificate of Compulsory Arbitration, Plaintiff's Application for Entry of Default Judgment Against Defendant Joanne Zuniga, Minute Entry filed October 24, 2016, Notice of Application for Entry of Default Judgment Against Defendant Joanne Zuniga, Court's minute entry dated October 27, 2016, Defendant's Answer, Defendant's Certificate of Compulsory Arbitration, and Defendant's First Amended Answer and Counterclaim—are attached as **Exhibits 3, 4, 5, 6, 7, 8, 9 and 10**.

4. A true and correct copy of the Summons issued and signed by the Clerk of the Superior Court for the Defendant is attached as **Exhibits11**.

5. There have been no further proceedings and no additional pleadings or documents filed or served upon Defendants in the State Court Action.

## FEDERAL QUESTION JURISDICTION

6. Defendant/Counterclaimant's Counterclaim alleges a claim under the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 et seq.

7. Accordingly, this case is one over which this Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331 because resolution of Defendant/Counterclaimant's claim will require adjudication of disputed questions of federal law.

5520625v1(65361.3)

## PROCEDURAL REQUIREMENTS

8. This Notice of Removal has been timely filed within 30 days of the date that the Plaintiffs/Counterdefendants accepted service in this matter, in accordance with 28 U.S.C. § 1446(b) and *Destfino v. Restwig*, 630 F.3d 952, 955–56 (9th Cir. 2011) (adopting the "later-served rule").

9. Pursuant to 28 U.S.C. § 1446(d) and Local Rule 3.6(a), a true and correct copy of this Notice of Removal has been sent to the clerk of the court from which the action has been removed—Maricopa County Superior Court of the State of Arizona—and written notice has been sent to Plaintiff's counsel.

10. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 3.6(b), true and correct copies of all pleadings and other documents that were previously filed in the State Court Action, as well as a verification that they are true and complete copies, are being filed with this Notice of Removal. The verification is attached as **Exhibit 12**.

11. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the United States District Court for the District of Arizona is the federal judicial district embracing the Maricopa County Superior Court of the State of Arizona, where the State Court Action was originally filed.

## CONCLUSION

12. The requirements for removal under U.S.C. § 1441(a) have been met and this civil action is removable to the United States District Court for the District of Arizona.

13. By filing this Notice of Removal, Plaintiffs/Counterdefendants do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses they may have to this action. Plaintiffs/Counterdefendants intend no admission of fact, law or liability by this Notice of Removal, and expressly reserve all defenses and motions.

**WHEREFORE**, Plaintiffs/Counterdefendants, through the filing of this Notice of Removal, the giving of written notice to Defendant/Counterclaimant, and the filing of a copy of this Notice of Removal in state court, effect the removal of the State Court Action to this Court.

3

RESPECTFULLY SUBMITTED this 25th day of January, 2017.

                **JENNINGS, STROUSS & SALMON, P.L.C.**

By: /s/ Lindsay G. Leavitt
    Chris M. Mason
    Lindsay G. Leavitt
    One East Washington Street, Suite 1900
    Phoenix, AZ 85004-2554

    Michael L. Schwartz, PLLC
    Michael L. Schwartz
    7702 East Doubletree Ranch Road, Suite 300
    Scottsdale, AZ 85258
    *Attorneys for Plaintiffs/Counterdefendants*

5520625v1(65361.3)

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on January 25, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kraig J. Marton
kjm@jaburgwilk.com
Jeffrey A. Silence
jxs@jaburgwilk.com
JABURG & WILK, P.C.
3200 N. Central Ave., 20th Floor
Phoenix, AZ 85012
*Attorneys for Defendants*

☐ I hereby certify that on January 25, 2017, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

s/ Tana Davis-Digeno

5

5520625v1(65361.3)